JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Carol Richards, | ) | Case No.: CV 12-9390 DSF (RZx) |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| Deutsche Bank National, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having considered and granted Defendants' motions to dismiss the Complaint, the Court having determined it lacks diversity jurisdiction, the Court having dismissed all claims on which federal question jurisdiction was based, and the Court having declined to exercise supplemental jurisdiction,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/8/13

_____
Dale S. Fischer
United States District Judge